# condon & associates, PLLC
## attorneys at law

55 Old Turnpike Road, Suite 502 • Nanuet, New York 10954 • phone (845) 627-8500 • fax (845) 627-8507

Brian K. Condon*   Laura M. Catina*   Dawn Congiusti†

*ADMITTED IN NEW YORK AND NEW JERSEY   †PARALEGAL

SENDER'S E-MAIL: brian@condonlawoffices.com



April 2, 2012

<u>Via Fax Transmittal (914) 390-4170</u>

Hon. Vincent L. Briccetti, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: Goldstein, et al. v. Solucorp Industries, Ltd., et al.
<u>United States District Court, S.D.N.Y. - Docket No. 11-CIV-6227(VLB)</u>

Dear Honorable Sir:

As Your Honor is aware, our firm represents the Defendants in connection with the above-referenced matter and it is in this capacity in which we write.

With the Court's permission, as we do not oppose Plaintiffs' Order to Show Cause to be relieved as counsel and as it is Good Friday, we would respectfully request that our firm's appearance on Friday, April 6, 2012 be waived as it relates to their application.

We thank the Court in advance for its consideration and any courtesies it may be able to extend with regard to the foregoing.

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  4/2/12
U.S.D.J.

Very truly yours,

CONDON & ASSOCIATES, PLLC

By: _____
Brian K. Condon

BKC/dc

cc: Donald J. Feerick, Jr., Esq. *(Via Fax Transmittal 845-353-2789)*


USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: