

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM



Robert L. Lash
(212) 471-8533
rlash@herzfeld-rubin.com

March 21, 2013

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Goldstein et al. v. Solucorp, et al.*, Case No.: 11 Civ 6227 (VLB)

Dear Judge Briccetti:

We represent plaintiffs in this matter. I received notice today that the court scheduled an initial conference for April 22, 2013. I write to request an adjournment, as I will be out-of-town that entire week. I conferred with opposing counsel who consented to an adjournment and indicated that she is on maternity leave until May 20, 2013.

Therefore, we request that the court adjourn the initial conference to May 20, 2013. No previous request to adjourn this conference has been made.

Respectfully,

Robert L. Lash

RLL:eb

cc:   Laura Catina, Esq.

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  3/27/13
U.S.D.J.
Conference adjourned to 5/22/13 at 12:30 p.m.

1117063.1

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460