

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Robert L. Lash
Direct Line: (212) 471-8533
rlash@herzfeld-rubin.com

July 16, 2014

Via ECF

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:  *Goldstein, et al. v. Solucorp, et al.*
     Case No. 7:11-cv-06227-VB

Dear Judge Briccetti:

We represent Plaintiffs in this matter, and write in response to the letter Mr. Condon sent to the court today. As the court is aware, this case has been pending since 2011. In late 2013, on the eve of party depositions commencing, Mr. Condon made a motion to withdraw as counsel for certain of the defendants, which the court granted over Plaintiffs' objection. Now, as we are again on the eve of depositions commencing, Mr. Condon writes to the court asking for a further stay in order for him to move to withdraw as counsel for some of the defendants he still represents (although, apparently, he intends to continue to represent Defendant Peter Mantia). Under the current scheduling order, fact discovery must be completed by July 29, 2014. Between now and that cut-off, we have scheduled a number of depositions, including Mr. Goldstein, the defendants, and a non-party witness.

Although we are sympathetic to Mr. Condon's concerns, all parties are entitled to a fair and timely resolution of this matter. Plaintiffs oppose any further stays of discovery.

Respectfully,

Robert L. Lash

Cc:   All Counsel of Record

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460