

MEMORANDUM ENDORSEMENT

Michael Goldstein, et al. v. Solucorp Indus. Ltd., et al.
11 CV 6227 (VB)

The Court has received three letters dated July 16, 2014:

1. The letter from Mr. Condon, counsel for defendants Solucorp Industries, Ltd., London Ventures Capital Corp., Richard Runco, Joseph Kemprowski, and Peter Mantia, requesting a stay of discovery (in particular, a stay of the deposition of plaintiff Michael Goldstein scheduled for July 17, 2014) pending the outcome of Mr. Condon's anticipated motion to withdraw as counsel for defendants Solucorp Industries, London Ventures, and Joseph Kemprowski (Doc. #103);

2. The letter from plaintiffs' counsel submitted in opposition to Mr. Condon's request for a stay of discovery (Doc. #104); and

3. The letter from Mr. Condon in reply to plaintiffs' counsel's letter (Doc. #105).

This case has been pending for nearly three years, and there are several other defendants. All of the defendants are entitled to a just, speedy, and inexpensive determination of this action. Moreover, Mr. Condon apparently does not intend to move to withdraw as counsel for Richard Runco or Peter Mantia. Therefore, even if Mr. Condon moved to withdraw as to the defendants mentioned above, and the Court granted the motion, Mr. Condon would still be involved in this case.

In any event, although Mr. Condon elected to wait until the day before Mr. Goldstein's deposition to make the instant application, Mr. Condon has been an attorney of record in this case for nearly three years and, as such, has had years to gather the information necessary to depose Mr. Goldstein.

Accordingly, the motion for a stay of discovery is DENIED, and Mr. Goldstein's deposition shall proceed tomorrow as scheduled.

However, Mr. Condon is of course free to make an appropriate motion to withdraw.

Dated: July 16, 2014
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

# CONDON & ASSOCIATES, PLLC

ATTORNEYS AT LAW
55 Old Turnpike Road, Suite 502
Nanuet, New York 10954
Telephone: (845) 627-8500
Facsimile: (845) 627-8507
www.condonlawoffices.com

Brian K. Condon [†]
Laura M. Catina [†]
Amy M. Witkowski [†]
Dawn Congiusti, Paralegal

[†]Admitted in New York and New Jersey

Email Address: brian@condonlawoffices.com

July 16, 2014

<u>Via CM/ECF</u>

Hon. Vincent L. Briccetti, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:   Michael Goldstein, et al. vs. Solucorp Indus. Ltd., et al.
      <u>United States District Court, S.D.N.Y. - Docket No. 11-CIV-6227</u>

Dear Honorable Sir:

As this Honorable Court is aware, our firm represents Solucorp Industries, Peter Mantia, Joseph Kemprowski (now deceased) and London Ventures in the above referenced matter

While named a "consultant", Mr. Kemprowski was the only individual I dealt with regarding the Solucorp and London Ventures companies. Since his passing, I have been advised that his widow, Arle Piero, and John Van Duzen are the only remaining Board Members of Solucorp. However, upon speaking to Ms. Pierro she knows nothing about Solucorp or London Ventures. Solucorp has no offices, telephone number, employees, bank accounts, etc. I do not have a way to reach Mr. Van Duzen as I have no telephone number or address for him. I do not know how I can represent a company when I have

The primary Plaintiff, Mr. Goldstein, is being deposed tomorrow. For the better part of a week, I have been trying to gather information so that I may depose him. However, without a client, I am not able to do so. I have no one to talk to, I have no documents to review with my client. I feel that my proceeding tomorrow with no authority or client would be professionally improper.

*Michael Goldstein, et al. v. Solucorp, et al.*
July 16, 2014
Page 2

    Therefore, based on the foregoing taken together with Mr. Kemprowksi's death, I would ask permission to make a motion to be relieved as counsel for Solucorp Industries, Joseph Kemprowski (now deceased) and London Ventures. I would ask that the deposition of the Plaintiff, Mr. Michael Goldstein, be stayed until my application can be heard.

    Your Honor, I have been practicing law for 18 years and I have never been faced with this situation before. I apologize for asking for the Court's assistance, however, I do not know where else to turn.

    I thank the Court for its time and consideration.

                      Very truly yours,

                      CONDON & ASSOCIATES, PLLC

                      By: _____
                           Brian K. Condon

BKC/dc

cc:    Robert L. Lash, Esq.
       Evan Newman, Esq.
       Joseph Cannella, Esq.