

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Robert L. Lash**
Direct Line: (212) 471-8533
rlash@herzfeld-rubin.com

July 21, 2014

<u>Via ECF</u>

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

        Re:    *Goldstein, et al. v. Solucorp, et al.*
                Case No. 7:11-cv-06227-VB

Dear Judge Briccetti:

      We represent Plaintiffs in this matter, and write in accordance with Local Civil Rule 37.2 concerning the refusal of defendant Richard Greene ("Greene") to appear for deposition. As the court may recall, Greene is currently serving a prison sentence for 18 months in the Federal Correctional Institution–Miami ("FCI-Miami"). Greene, a now-disbarred attorney who is representing himself *pro se* and has personally appeared in this action, moved for a stay during his term of incarceration, which the court denied. Upon Plaintiffs' application under Rule 30(a)(2)(B), this court Ordered that Greene submit to deposition while in prison.

      Following the court's Order, my office contacted FCI-Miami to arrange Greene's deposition. We were told by Greene's prison counselor that even with the court's Order, the prison could not compel him to appear if Greene refused, but that she (Greene's counselor) would ask him to submit. We were subsequently contacted by Greene's prison counselor and told that Greene refuses to submit for deposition in this matter.

| HERZFELD & RUBIN, P.C. | CHASE KURSHAN HERZFELD & RUBIN, LLC | HERZFELD & RUBIN, LLP | RUBIN MEYER DORU & TRANDAFIR |
|---|---|---|---|
| 1225 FRANKLIN AVE, SUITE 315 | 354 EISENHOWER PARKWAY, SUITE 1100 | 1925 CENTURY PARK EAST | SOCIETATE CIVILA DE AVOCATI |
| GARDEN CITY, NY 11530 | LIVINGSTON, NJ 07039-1022 | LOS ANGELES, CA 90067 | 7. STRADA PUTUL CU PLOPI |
| TELEPHONE: 212-471-3231 | TELEPHONE: 973-535-8840 | TELEPHONE: 310-553-0451 | BUCHAREST I, ROMANIA |
| | | | TELEPHONE: (40) (21) 311-1460 |



# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW

Hon. Vincent L. Briccetti
July 21, 2014
Re: *Goldstein v. Solucorp*, Case No. 7:11-cv-06227-VB

      Accordingly, we ask the court to allow Plaintiffs to file a motion to strike Greene's answer and for other appropriate relief, pursuant to Rules 37(b)(2)(A) and (d)(3) of the Federal Rules of Civil Procedure.

      Respectfully,

      Robert L. Lash

Cc:    All Counsel of Record

1527759.1