

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/14

Robert L. Lash
Direct Line: (212) 471-8533
rlash@herzfeld-rubin.com

July 21, 2014

Via ECF

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

      Re:    *Goldstein, et al. v. Solucorp, et al.*
             Case No. 7:11-cv-06227-VB

Dear Judge Briccetti:

      We represent Plaintiffs in this matter, and write in accordance with Local Civil Rule 37.2 concerning the refusal of defendant Richard Greene ("Greene") to appear for deposition. As the court may recall, Greene is currently serving a prison sentence for 18 months in the Federal Correctional Institution–Miami ("FCI-Miami"). Greene, a now-disbarred attorney who is representing himself *pro se* and has personally appeared in this action, moved for a stay during his term of incarceration, which the court denied. Upon Plaintiffs' application under Rule 30(a)(2)(B), this court Ordered that Greene submit to deposition while in prison.

      Following the court's Order, my office contacted FCI-Miami to arrange Greene's deposition. We were told by Greene's prison counselor that even with the court's Order, the prison could not compel him to appear if Greene refused, but that she (Greene's counselor) would ask him to submit. We were subsequently contacted by Greene's prison counselor and told that Greene refuses to submit for deposition in this matter.

**APPLICATION GRANTED**
**SO ORDERED:**
VB
Vincent L. Briccetti, U.S.D.J.
Dated: 7/21/14
White Plains, NY

Plaintiffs may move for appropriate relief under Rule 37(b)(2)(A) and (d)(3).

---

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460



HERZFELD &
RUBIN, P.C.
ATTORNEYS AT LAW

Hon. Vincent L. Briccetti
July 21, 2014
Re: *Goldstein v. Solucorp*, Case No. 7:11-cv-06227-VB

    Accordingly, we ask the court to allow Plaintiffs to file a motion to strike Greene's answer and for other appropriate relief, pursuant to Rules 37(b)(2)(A) and (d)(3) of the Federal Rules of Civil Procedure.

Respectfully,

Robert L. Lash

Cc:    All Counsel of Record

1527759.1