

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW     125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Robert L. Lash**
**Direct Line:** (212) 471-8533
rlash@herzfeld-rubin.com

July 23, 2014

Via ECF
Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:  *Goldstein, et al. v. Solucorp, et al.*, Case No. 7:11-cv-06227-VB

Dear Judge Briccetti:

We represent Plaintiffs in this matter. I write with respect to two discovery matters. First, two of the defendants, Michael Reidel and Israel Tyberg, have asked for brief adjournments of their depositions due to scheduling and health issues, respectively. We have agreed, with the court's permission, to reschedule those depositions for next Wednesday and Thursday, July 30 and 31 respectively. The current fact discovery cut-off is July 29, 2014.

Therefore, we respectfully ask the court for a 2 day extension of the discovery cut-off, to July 31, 2014, so that we can complete these depositions.

Second, in accordance with Local Civil Rule 37.2, we ask for permission to file a motion for F.R.C.P. Rule 37 sanctions against defendants Solucorp Industries, Ltd and London Ventures Capital Corp. Depositions of those two defendants were scheduled for today, at their attorneys' office. Their attorney, Brian Condon, had previously indicated that Solucorp Board Member Arle Pierro, who is the widow of defendant Joseph Kemprowski (London Ventures was Mr. Kemprowski's off-shore holding company) would testify on their behalf. However, neither Ms. Pierro nor any other witness appeared for their deposition. As the court is aware, Mr. Condon has filed a motion to withdraw as their counsel.

Respectfully,

*Robert Lash* (signature)

Robert L. Lash

cc:  All Counsel of Record
     Israel Tyberg

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE. SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460