UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MICHAEL GOLDSTEIN, GOLDSTEIN                    ECF Case
GROUP HOLDINGS, INC., BERNARD
KAHN, DAVID WEINBERG, and
RAPHAEL KNEPLER,

                    Plaintiffs,                    11-cv-6227 (VLB)(PED)

    -against-

SOLUCORP INDUSTRIES, LTD., EAST
MORGAN HOLDINGS, INC., LONDON
VENTURES CAPITAL CORP., MICHAEL
REIDEL, RICHARD RUNCO, RICHARD
GREENE, ISRAEL TYBERG, PETER
MANTIA and JOSEPH KEMPROWSKI,

                    Defendants.
-------------------------------------------------------X

## DECLARATION OF ROBERT L. LASH
## IN OPPOSITION TO MOTION OF NON-PARTY J L PROVIDERS, INC.
## FOR LEAVE TO INTERVENE

        Robert L. Lash hereby declares, pursuant to 28 U.S.C. §1746, as follows:

    1.     I am an associate of the law firm of Herzfeld & Rubin, P.C., attorneys for

Plaintiffs and am fully familiar with the facts and circumstances set forth herein.

    2.     I submit this declaration in opposition to the application by non-party JL

Providers, Inc. ("JL") for leave to intervene.

    3.     Attached as Exhibit A hereto is a true copy of excerpts from the deposition of

defendant East Morgan Holdings, Inc. by its Director and CEO, Samuel B. Tress.

    4.     Attached as Exhibit B hereto is a true copy of excerpts from the deposition of

defendant Peter R. Mania.

5.      Attached as Exhibit C hereto are true copies of affirmations of Joel Landau, dated March 3 and 18, 2014

6.      Attached as Exhibit D hereto is a true copy of a Stock Sale Agreement, dated June 17, 2010.

7.      Attached as Exhibit E is a true copy of excerpts from the deposition of plaintiff Michael Goldstein.

8.      Attached as Exhibit F is a true copy of a document produced by defendant Michael Reidel in this action.

9.      Plaintiffs respectfully request that this court deny JL's motion in its entirety.


I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2014 in New York, New York.


                    s/ Robert L. Lash
                    Robert L. Lash
HERZFELD & RUBIN, P.C.
*Attorneys for Plaintiffs*
125 Broad Street
New York, New York 10004
(212) 471-8500
rlash@herzfeld-rubin.com