# EATON & VAN WINKLE LLP

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Joseph L. Cannella
Partner

Direct Dial: (212) 561-3633

September 18, 2014

**VIA FAX AND REGULAR MAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, NY 10601-4150

   Re: **Michael Goldstein, et al. v. Solucorp Industries, Ltd., et al.**
     **11 Civ. 6227 (VB)(PED)**

Dear Judge Davison:

  We represent East Morgan Holdings, Inc. ("EMHI") which is a defendant in the above caption case. A case management conference is scheduled for September 23, 2014, at 2:30 p.m. in Courtroom 420. I respectively request that I be allowed to participate in the conference by telephone conference call. I have several conflicts the day of the conference and have been unable to reschedule them. This has been complicated by a family vacation which commences the following afternoon.

  I note that my client is not a movant on any of the motions or requests pending in this case.

  I would greatly appreciate your accommodating this request.

Respectfully yours,

Joseph L. Cannella

*Granted on consent.*

APPLICATION GRANTED
Hon. Paul E. Davison, U.S.M.J.
9-22-14