UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDSTEIN, ET AL.,

                                    Plaintiffs,

                  - against -

SOLUCORP INDUSTRIES, ET AL.,

                                    Defendants.

11 Civ. 6227 (VB)(PED)

ORDER

At a conference held on the record on September 23, 2014, the Court granted Attorney Brian K. Condon's unopposed application to be relieved as counsel for defendants SOLUCORP INDUSTRIES, LTD., LONDON VENTURES CAPITAL CORP., RICHARD RUNCO, and JOSEPH KEMPROWSKI.

Accordingly, it is hereby ORDERED:

1. Because Defendants SOLUCORP INDUSTRIES, LTD. and LONDON VENTURES CAPITAL CORP. are artificial business entities, these defendants can appear in this action only through counsel. See Jones v. Niagara Frontier Transportation Authority, 722 F.2d 20, 22 (2d Cir. 1983). If these defendants fail to appear through substitute counsel within fourteen (14) days of this Order, this Court will recommend to Judge Briccetti that default judgments be entered against these defendants in this action.

2. Defendants RICHARD RUNCO and JOSEPH KEMPROWSKI are advised that the next conference in this matter is scheduled for **November 7, 2014, at 11:00 a.m. in Courtroom 420.** Defendants RICHARD RUNCO and JOSEPH KEMPROWSKI may appear through counsel or without counsel, but unless counsel appears on their behalf both defendants must appear in person at the November 7 conference and at all subsequent proceedings before the

Court.

    3.  The Clerk is instructed to mail a copy of this Order to:

        Solucorp Industries, Ltd.
        100 Dutch Hill Road
        Suite 260
        Orangeburg, New York 10962

        London Venture Capital Corp.
        661 North Broadway
        Nyack, New York 10960

        Richard Runco
        3100 N.E. 48th Street
        Suite 917
        Fort Lauderdale, Florida 33308

        Joseph Kemproski
        661 North Broadway
        Nyack, New York 10960

    4.  The Clerk is directed to update the docket to reflect the mailing addresses of these

four defendants, and that these defendants are no longer represented by Mr. Condon.

Dated:  September 25, 2014
       White Plains, New York

                    **SO ORDERED**

                    **Paul E. Davison, U.S.M.J.**