**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

September 30, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Michael Goldstein** <br> Plaintiff, <br><br> - *against* - <br><br> **Solucorp Industries, Ltd., et al** <br> Defendants, | **SCHEDULING ORDER** <br> 7-11-cv-06227-VB-PED <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC # _____ <br> DATE FILED: **Sep 30, 2014** |

TO ALL PARTIES:

The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison,

United States Magistrate Judge, on **November 7, 2014 at 11:00 am.**

**Re: Incarcerated Prisoners**

*Incarcerated petitioners/plaintiffs* shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for *respondent/defendant* to make prior arrangements with the appropriate facility to have the *petitioner/plaintiff* available via telephone.

Copies mailed to **Pro Se Plaintiff** on **Sep 30, 2014** by Judge Davison's Chambers

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge