# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

October 1, 2014

**CORRECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Michael Goldstein.**

Plaintiff,

*- against -*

**Goldstein Group Holdings, Inc, et al**

Defendant.

## SCHEDULING ORDER
7:11-cv-06227-VB
-PED

TO ALL PARTIES:

The Court has scheduled an <u>in person</u> conference before the Honorable Paul E. Davison, United States Magistrate Judge, on **November 7, 2014 at 11:00am** in Courtroom 420. Pro Se Defendant **Richard Greene** who is incarcerated shall participate by telephone.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Oct 1, 2014**

SO ORDERED:

_____
Hon. Paul E. Davison
United States Magistrate Judge