

**Herzfeld & Rubin, P.C.**
ATTORNEYS AT LAW      125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Howard L. Wexler
Direct Line: (212) 471-8480
hwexler@herzfeld-rubin.com

October 22, 2014

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, New York 10601-4150

  Re: Michael Goldstein, et al. v. Solucorp Industries, Ltd., et al.
    Case No.: 11-cv-6227 (VB)(PED)
    Our File No.: 41773-0003

Dear Judge Davison:

  Robert Lash is no longer employed by the firm. As such we respectfully request that he be removed from this case.

  If you have any questions, do not hesitate to contact me.

Very truly yours,

Howard L. Wexler

HLW/rd

**AFFILIATES**

LIVINGSTON, NEW JERSEY    LOS ANGELES, CALIFORNIA    GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA    YANGON, MYANMAR