

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW     125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

# MEMO ENDORSED

**Howard L. Wexler**
Direct Line: (212) 471-8480
hwexler@herzfeld-rubin.com

October 22, 2014

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, New York 10601-4150

     Re:    Michael Goldstein, et al. v. Solucorp Industries, Ltd., et al.
              Case No.: 11-cv-6227 (VB)(PED)
              <u>Our File No.: 41773-0003</u>

Dear Judge Davison:

    Robert Lash is no longer employed by the firm. As such we respectfully request that he be removed from this case.

    If you have any questions, do not hesitate to contact me.

Very truly yours,

Howard L. Wexler

HLW/rd

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

10-23-14

**AFFILIATES**

LIVINGSTON, NEW JERSEY        LOS ANGELES, CALIFORNIA        GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA        YANGON, MYANMAR