

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

October 24, 2014

**Howard L. Wexler**
Direct Line: (212) 471-8480
hwexler@herzfeld-rubin.com

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, New York 10601-4150

      Re:    Michael Goldstein, et al. v. Solucorp Industries, Ltd., et al.
             Case No.: 11-cv-6227 (VB)(PED)
             <u>Our File No.: 41773.0003</u>

Dear Judge Davison:

      As you are well aware, this Court's September 25, 2014 Order (Doc. 147) made clear that, should Defendants SOLUCORP INDUSTRIES, LTD. and LONDON VENTURES CAPITAL CORP. fail to appear through substitute counsel within fourteen days, this Court would recommend to Judge Bricetti that default judgment be entered against these defendants in this action. Plaintiffs have yet to receive any indication that said defendants have appeared through substitute counsel, and, in turn, respectfully request that this Court proceed with its recommendation, or advise what further steps from us on behalf of plaintiffs are required.

Very truly yours,

Howard L. Wexler

cc:    Counsel of Record

AFFILIATES

LIVINGSTON, NEW JERSEY      LOS ANGELES, CALIFORNIA      GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA      YANGON, MYANMAR