# EXHIBIT A

HURLEY, FOX & SELIG    Fax:8459420378          Oct 14 2014 16:31    P.02
10/14/2014  14:59    19735358941         HERZFELD              PAGE 02/03

SURROGATE'S COURT OF THE STATE OF NEW YORK
ROCKLAND COUNTY

| | |
|---|---|
| ADMINISTRATION PROCEEDING, Estate of JOSEPH STANLEY KEMPROWSKI, Deceased. | STIPULATION  File No. 2014-522 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Petitioner and Objectant to the above-entitled action, that Letters of Administration with Limitations be issued to Stephen DeGroat, as Commissioner of Finance of Rockland County, for the Estate of Joseph Stanley Kemprowski, Deceased. The parties respectfully request that the granting of Letters of Administration with Limitations for the Estate of Joseph Stanley Kemprowski be limited to obtaining jurisdiction over said Estate, in the pending civil action before the United States District Court, Southern District of New York, under index number 11 CV 6227 (VB), *Michael Goldstein, Goldstein Group Holdings, Inc., Bernard Kahn, David Weinberg, and Raphael Knepler, Plaintiffs, v. Solucorp Industries, Ltd., East Morgan Holdings, Inc., London Ventures Capital Corp., Michael Reidel, Richard Runco, Richard Greene, Israel Tryberg, Peter Mantia, and Joseph Kemprowski.*

WHEREFORE, it is respectfully requested that this Court grant the relief herein requested.

_____
Steven T. Ferraro, Esq.
**HERZFELD & RUBIN, P.C.**
Attorneys for Petitioner
Michael Goldstein
125 Broad Street, 12th Floor
New York, New York 10004
(212) 471-8500

Dated: Livingston, New Jersey
October 14, 2014

_____
Benjamin E. Selig, Esq.
**HURLEY, FOX & SELIG**
Attorneys for Objectant
Stephen DeGroat
Commissioner of Finance, Rockland County
65 South Liberty Drive
Stony Point, New York 10980
(845) 942-2222

Dated: Stony Point, New York
October 14, 2014

-2-