# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Michael Goldstein, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11-cv-6227 (VB)(PED) |
| Solucorp Industries, Ltd., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Solucorp Industries, Ltd.

Date: 10/31/2014

*John Carlson*
*Attorney's signature*

John Carlson, Esq.
*Printed name and bar number*

5 Winifred Drive
Merrick, NY 11566

*Address*

jcarlsonesq@hotmail.com
*E-mail address*

(516) 754-1405
*Telephone number*

(516) 378-1338
*FAX number*

Print    Save As...    Reset