

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW

**MEMO ENDORSED**

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

*Conference adjourned to 12/8/14 @ 10:00 a.m. Pro se parties to be notified by mail.*

Brian T. Carr
bcarr@herzfeld-rubin.com
Direct Dial: (212) 471-8466

October 31, 2014

**VIA FACSIMILE**
Hon. Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, NY 10601-4150

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
11-3-14

Re: *Goldstein et al. v. Solucorp, et al.*, Case No.: 11 Civ 6227 (VLB)

Dear Judge Davison:

We represent plaintiffs in this matter. We write to request that the conference scheduled for Friday, November 7, 2014 be adjourned for a month for the reason set out below. Our adversaries have consented to this request.

Thursday morning, an associate of my office contacted the Surrogate's Court of the State of New York, Rockland County, and confirmed that letters have been granted, appointing Stephen DeGroat, as Commissioner of Finance of Rockland County ("Mr. DeGroat"), administrator for Mr. Kemprowski's estate. The Court informed him that the letters will be mailed to my office later shortly.

We respectfully quest request a one (1) month adjournment of the conference scheduled for this Friday, November 7, 2014, in order to avoid having to schedule an additional conference after letters are received and the caption properly amended. We have spoken with Mr. Newman, Mr. Condon and Mr. Cannella, attorneys for the respective defendants, all of which have consented to the adjournment.

Respectfully submitted,

Brian T. Carr

cc: All counsel of Record

**AFFILIATES**

LIVINGSTON, NEW JERSEY        LOS ANGELES, CALIFORNIA             GARDEN CITY, NEW YORK
          BUCHAREST, ROMANIA          YANGON, MYANMAR