UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Goldstein, et al., <br><br> Plaintiffs, <br> *- against -* <br><br> Solucorp Industries, et al., <br><br> Defendants. | 11 Civ. 6227 (VB)(PED) <br><br> **REPORT AND** <br> **RECOMENDATION** |

TO:  THE HONORABLE VINCENT BRICCETTI
     UNITED STATES DISTRICT JUDGE

On September 23, 2014, I granted Attorney Brian K. Condon's unopposed motion to be relieved as counsel for certain defendants, including defendant LONDON VENTURES CAPITAL CORP. On September 25, 2014, I entered an Order providing, in pertinent part, as follows:

> Because Defendants SOLUCORP INDUSTRIES, LTD. and LONDON VENTURES CAPITAL CORP. are artificial business entities, these defendants can appear in this action only through counsel. See Jones v. Niagara Frontier Transportation Authority, 722 F.2d 20, 22 (2d Cir. 1983). If these defendants fail to appear through substitute counsel within fourteen (14) days of this Order, this Court will recommend to Judge Briccetti that default judgments be entered against these defendants in this action.

(Dkt. # 147.) The Order was mailed to LONDON VENTURES CAPITAL CORP. At its address of record.

To date, defendant LONDON VENTURES CAPITAL CORP. has failed to appear through counsel or otherwise communicate with the Court. Accordingly, I respectfully recommend that your Honor enter a default judgment against defendant LONDON VENTURES CAPITAL CORP.[1]

---

[1] On October 31, 2014, an attorney entered an appearance on behalf of Defendant SOLUCORP INDUSTRIES, LTD. (Dkt. # 156.)

Dated: December 8, 2014
White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.

# NOTICE

Pursuant to 28 U.S.C. § 636(b)(1), as amended, and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days, plus an additional three (3) days, pursuant to Fed. R. Civ. P. 6(d), or a total of seventeen (17) working days, from the date hereof to file written objections to this Report and Recommendation. Fed. R. Civ. P. 6(a). Such objections, if any, shall be filed with the Clerk of the Court, with extra copies delivered to the chambers of The Honorable Vincent Briccetti, United States District Judge, at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601-4150, and to the chambers of the undersigned at the same address.

Failure to file timely objections to this Report and Recommendation will preclude later appellate review of any order of judgment that will be entered.

Requests for extensions of time to file objections must be made to Judge Briccetti.

Copy Mailed By Chambers To:

London Ventures Capital Corp.
661 North Broadway
Nyack, New York 10960