

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

December 9, 2014

**Brian T. Carr**
Direct Line: (212) 471-8466
bcarr@herzfeld-rubin.com

**Via ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

    Re:    *Goldstein et al. v. Solucorp, et al.*, Case No.: 11-cv-6227 (VLB)

Dear Judge Briccetti:

    We represent plaintiffs in this matter. On December 8, 2014, the parties appeared for a status conference before Magistrate Davison. At that conference it was determined that significant discovery remains to be completed. Magistrate Davison set forth a discovery schedule calling for all discovery to be completed by January 30, 2015, and ordered the parties to appear for a further conference on February 24, 2015 at 10:00 a.m.

    Given that significant discovery must still be completed, the parties have consented to the adjournment of the pre-trial conference, currently scheduled for December 12, 2014 at 9:15 a.m. The parties request that the conference be rescheduled for after completion of discovery and our next conference before Magistrate Davison.

    Thank you for your consideration of this request.

Respectfully submitted,

Brian T. Carr (BC-2519)

cc: All Parties Via ECF

**AFFILIATES**

LIVINGSTON, NEW JERSEY      LOS ANGELES, CALIFORNIA      GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA      YANGON, MYANMAR