

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004    TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

December 9, 2014

Brian T. Carr
Direct Line: (212) 471-8466
bcarr@herzfeld-rubin.com

**Via ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/14

Re:   *Goldstein et al. v. Solucorp, et al.*, Case No.: 11-cv-6227 (VLB)

Dear Judge Briccetti:

We represent plaintiffs in this matter. On December 8, 2014, the parties appeared for a status conference before Magistrate Davison. At that conference it was determined that significant discovery remains to be completed. Magistrate Davison set forth a discovery schedule calling for all discovery to be completed by January 30, 2015, and ordered the parties to appear for a further conference on February 24, 2015 at 10:00 a.m.

Given that significant discovery must still be completed, the parties have consented to the adjournment of the pre-trial conference, currently scheduled for December 12, 2014 at 9:15 a.m. The parties request that the conference be rescheduled for after completion of discovery and our next conference before Magistrate Davison.

Thank you for your consideration of this request.

Respectfully submitted,

Brian T. Carr (BC-2519)

cc: All Parties Via ECF

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 12/10/14
White Plains, NY

The conference scheduled for 12/12/14 is adjourned to: 3/5/2015 at 9:15 a.m.

AFFILIATES
LIVINGSTON, NEW JERSEY     LOS ANGELES, CALIFORNIA     GARDEN CITY, NEW YORK
BUCHAREST, ROMANIA     YANGON, MYANMAR