Brian T. Carr (BC-2519)
HERZFELD & RUBIN, P.C.
125 Broad Street, 12th Floor
New York, New York 10004
(212) 471-8500 Telephone
(212) 344-3333 Facsimile
bcarr@herzfeld-rubin.com

*Attorneys for Plaintiffs*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL GOLDSTEIN, GOLDSTEIN GROUP
HOLDINGS, INC. BERNARD KAHN, and
JACOB WEISS,

                    Plaintiffs,

         -against-

SOLUCORP INDUSTRIES, LTD., EAST
MORGAN HOLDINGS, INC., LONDON
VENTURES CAPITAL CORP., MICHAEL
REIDEL, RICHARD RUNCO, RICHARD GREENE,
ISRAEL TYBERG, PETER MANTIA and
JOSEPH KEMPROWSKI,

                    Defendants.
-------------------------------------------------------------------X

Case No. 11 Civ 6227 (VLB)

ECF Case

## <u>NOTICE OF MOTION TO SUBSTITUTE PROPER PARTY</u>

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Brian T. Carr, dated

January 13, 2015, and all papers and proceedings herein, the undersigned will move this Court

before the Honorable Paul E. Davison, United States Magistrate, in the Hon. Charles L. Brieant

Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, on

Tuesday, February 24, 2015 at 10:00 a.m., for an Order substituting the proper party, Stephen

DeGroat, as Commissioner of Finance of Rockland County, as Administrator of the Estate of

Joseph Kemprowski, in place of deceased defendant Joseph Kemprowski, pursuant to Fed. R.

Civ. P. 25(a)(1), and amending the caption to reflect said substitution, in addition to such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 6.1(b) of the Local Rules for the United State District Court for the Southern District of New York, opposing papers, if any, must be served within fourteen (14) days following service of this motion.

Dated: New York, New York
      January 13, 2012

                      HERZFELD & RUBIN, P.C.
                      *Attorneys for Plaintiffs*

                      By:  /s/ Brian T. Carr_____

                      Brian T. Carr (BC-2519)
                      125 Broad Street, 12th Floor
                      New York, New York 10004
                      (212) 471-8500 Telephone
                      (212) 344-3333 Facsimile
                      bcarr@herzfeld-rubin.com