UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

_Goldstein et al_
Plaintiff(s),

v.

_Solucorp et al_
Defendant(s).
----------------------------------------------------------x

**CALENDAR NOTICE**

11 CV 6227 (VB)

   **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference      ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference     ___ Bench trial

___ Settlement conference     ___ Suppression hearing

___ Oral argument     ___ Plea hearing

___ Bench ruling on motion     ___ Sentencing

on 5/27, 2015, at 10:00, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

   **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 2/18, 20 15
White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge