UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL GOLDSTEIN, et al.,

                Plaintiffs,                      11 **CIVIL** 6227 (VB)

        -against-                      **DEFAULT JUDGMENT**

SOLUCORP INDUSTRIES, LTD., et al.,

                Defendants.

------------------------------------------------------------X

       Before the Court is Magistrate Judge Paul E. Davison's Report and Recommendation, dated December 8, 2014 (Doc. #158), recommending the entry of a default judgment against London Ventures Capital Corp.; no party objected to Judge Davison's Report and Recommendation. The Court has reviewed the Report and Recommendation and finds no error, clear or otherwise; accordingly, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order, dated February 17, 2015, the Report and Recommendation is adopted in its entirety and default is hereby entered against defendant London Ventures Capital Corp.

**DATED:** White Plains, New York
            February 20, 2015

                                                  RUBY J. KRAJICK
                                                    Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/15