EXHIBIT C



Press Center

Jobs

Site Map    Give Feedback    OTC News RSS Feed    Follow us on Twitter    ↑ Jump to Top

© 2012 OTC Markets Group Inc.   Terms of Service   Linking Terms   Trademarks   Privacy Statement   Risk Warning   Investor Relations

OTC Link® trading system provided by OTC Link LLC, member FINRA/SIPC, a wholly owned subsidiary of OTC Markets Group Inc. OTCQX, OTCQB and OTC Pink marketplaces designated by OTC Markets Group.