# EXHIBIT D



OTC Stock Screener    Directories

**Access Blocked - Content Alert**

The URL: http://adserver.adtechus.com/adiframe%7C2.0%7C5303%7C1376479%7C0%7C225%7CADTECH;key=key1+key2+key3+key4;group=[group];target=_blank was

All Markets | Other OTC | OTC 101 | Traders & Brokers | Companies & Advisors

**Get Quote** | Find Company Information
Enter Symbol/Company Name

Sponsored By

| Other OTC Totals | 9,088 Securities | $55,279,762 Dollar Volume | 31,965,578 Share Volume | 18,870 Trades |
|---|---|---|---|---|

You are in Other OTC > Current Market > SLUP > Charts    Email Print Share

- Quote
- Charts
- Company Info
- News
- Financials
- Filings
- Short Sales
- Insider Disclosure
- Research Reports

## SLUP SOLUCORP Industries Ltd.

Common Stock    Grey Market

**0.055** 0.00 (0.00%) at 11:48:00 EST    Real-Time Best Bid & Ask **No Inside Bid/Offer**

**Access Blocked - Content Alert**

**Access Blocked - Content Alert**

**Access Blocked - Content Alert**

**Access Blocked - Content Alert**

Compare | Tech Indicators | Events | Settings | Data

1d | 5d | 1m | 3m | 6m | 1y | 2y | 5y | max | ytd    Jul 30, 2007 - Jul 23, 2012

Markets

**Our Markets**
- OTCQX
- OTCQB
- OTC Pink

**Other Markets**
- FINRA® OTCBB
- Grey Market

**Products**
- OTC Dealer
- Real-Time Data Products
- OTCQX
- OTC Intelligence
- More for Traders & Brokers...
- More for Companies & Advisors...

**Market Info**
- Contact Us
- Market Hours/Holidays
- OTC Symbology Guide
- Glossary

**Corporate Info**
- About
- Investor Relations

**Sign up for the OTC Markets Newsletter**

OTC Sign Up

View Previous Newsletters

Press Center

Jobs

Site Map   Give Feedback   OTC News RSS Feed   Follow us on Twitter   ↑ Jump to Top

© 2012 OTC Markets Group Inc.   Terms of Service   Linking Terms   Trademarks   Privacy Statement   Risk Warning   Investor Relations

OTC Link® trading system provided by OTC Link LLC, member FINRA/SIPC, a wholly owned subsidiary of OTC Markets Group Inc. OTCQX, OTCQB and OTC Pink marketplaces designated by OTC Markets Group.