Brian T. Carr (BC-2519)
HERZFELD & RUBIN, P.C.
125 Broad Street, 12th Floor
New York, New York 10004
(212) 471-8500 Telephone
(212) 344-3333 Facsimile
bcarr@herzfeld-rubin.com

**MEMO ENDORSED**

*Attorneys for Plaintiffs*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL GOLDSTEIN, GOLDSTEIN GROUP
HOLDINGS, INC. BERNARD KAHN, and
JACOB WEISS,

Case No. 11 Civ 6227 (VLB)

ECF Case

                     Plaintiffs,

    -against-

SOLUCORP INDUSTRIES, LTD., EAST
MORGAN HOLDINGS, INC., LONDON
VENTURES CAPITAL CORP., MICHAEL
REIDEL, RICHARD RUNCO, RICHARD GREENE,
ISRAEL TYBERG, PETER MANTIA and
JOSEPH KEMPROWSKI,

                     Defendants.
------------------------------------------------------------------X

## NOTICE OF MOTION TO SUBSTITUTE PROPER PARTY

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Brian T. Carr, dated January 13, 2015, and all papers and proceedings herein, the undersigned will move this Court before the Honorable Paul E. Davison, United States Magistrate, in the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, on Tuesday, February 24, 2015 at 10:00 a.m., for an Order substituting the proper party, Stephen DeGroat, as Commissioner of Finance of Rockland County, as Administrator of the Estate of Joseph Kemprowski, in place of deceased defendant Joseph Kemprowski, pursuant to Fed. R.

Civ. P. 25(a)(1), and amending the caption to reflect said substitution, in addition to such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 6.1(b) of the Local Rules for the United State District Court for the Southern District of New York, opposing papers, if any, must be served within fourteen (14) days following service of this motion.

Dated: New York, New York
       January 13, 2012

HERZFELD & RUBIN, P.C.
*Attorneys for Plaintiffs*

By: /s/ Brian T. Carr

Brian T. Carr (BC-2519)
125 Broad Street, 12th Floor
New York, New York 10004
(212) 471-8500 Telephone
(212) 344-3333 Facsimile
bcarr@herzfeld-rubin.com

> This motion, which has not been opposed, is GRANTED. The Clerk shall amend the caption as indicated, and close docket no. 166.
>
> SO ORDERED:
> [signature]
> Hon. Paul E. Davison
> United States Magistrate Judge

2