UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                        Index No. 11-CIV-6227(VLB)

---

MICHAEL GOLDSTEIN, GOLDSTEIN GROUP HOLDINGS, INC., BERNARD KAHN, DAVID WEINBERG, AND RAPHAEL KNEPLER
                                                    , Plaintiff(s)
                            - against -

SOLUCORP INDUSTRIES, LTD., EAST MORGAN HOLDINGS, INC., LONDON VENTURES CAPITAL CORP., MICHAEL REIDEL, ET AL
                                                    , Defendant(s)

---

State of New York    )
                     )  SS.:
County of Westchester )

### AFFIDAVIT OF SERVICE

Michael Emhardt being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 04/07/2015 at 2:25 PM at:
    STEPHEN DEGROT
    COMMISSIONER OF FINACE OF ROCKLAND COUNTY
    18 NEW HEMPSTEAD ROAD
    NEW CITY NY 10956

Deponent served the:

AMENDED SUMMONS IN A CIVIL ACTION AND PLAINTIFFS' SECOND AMENDED COMPLAINT (original) upon STEPHEN DEGROT, by delivering a true copy to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 60   HEIGHT: 5'11''   WEIGHT: 195   HAIR: OTHER   RACE: WHITE   SEX: MALE
OTHER: SALT AND PEPPER HAIR

Michael Emhardt   Lic. #n/a
ServerLinks.com   Lic. # 1104670

SWORN TO BEFORE ME APRIL 9, 2015

OUR DOC# 33096
Herzfeld & Rubin, P.C.
125 Broad St.
New York NY 10005
212-471-8500
71773.0003

ADRIAN DE CARLO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6181475
Qualified in Westchester County
My Commission Expires February 25, 2016

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 11-CIV-6227(VLB)

MICHAEL GOLDSTEIN, GOLDSTEIN GROUP HOLDINGS, INC., BERNARD KAHN, DAVID WEINBERG, AND RAPHAEL KNEPLER

, Plaintiff(s)

- against -

SOLUCORP INDUSTRIES, LTD., EAST MORGAN HOLDINGS, INC., LONDON VENTURES CAPITAL CORP., MICHAEL REIDEL, ET AL

, Defendant(s)

State of New York    )
                     )  SS.:
County of Westchester )

### AFFIDAVIT OF SERVICE

Michael Emhardt being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 04/07/2015 at 2:25 PM at:
   STEPHEN DEGROT, COMMISSIONER OF FINACE OF ROCKLAND COUNTY,
   18 NEW HEMPSTEAD ROAD
   NEW CITY NY 10956

Deponent served the:

AMENDED SUMMONS IN A CIVIL ACTION AND PLAINTIFFS' SECOND AMENDED COMPLAINT (copy) upon STEPHEN DEGROT, by delivering a true copy to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 60  HEIGHT: 5'11''  WEIGHT: 195   HAIR: OTHER    RACE: WHITE   SEX: MALE
OTHER: SALT AND PEPPER HAIR

_Michael Emhardt_   Lic. #n/a
ServerLinks.com                Lic. # 1104670

SWORN TO BEFORE ME APRIL 9, 2015

OUR DOC# 33097
Herzfeld & Rubin, P.C.
125 Broad St.
New York NY 10005
212-471-8500
71773.0003

_Adrian De Carlo_
ADRIAN DE CARLO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6181475
Qualified in Westchester County
My Commission Expires February 25, 20 16