# EATON & VAN WINKLE LLP

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

Joseph L. Cannella
Partner

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Direct Dial: (212) 561-3633

May 6, 2015

**VIA FAX AND REGULAR MAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY 10601-4150

**MEMO ENDORSED**

  Re: **Michael Goldstein, et al. v. Solucorp Industries, Ltd., et al.**
    **11 Civ. 6227 (VB)(PED)**

Dear Judge Davison:

  We represent East Morgan Holdings, Inc. ("EMHI") which is a defendant in the above caption case. A case status conference is scheduled for May 8, 2015, at 10:00 a.m. I respectfully request that I be allowed to participate in the conference by telephone conference call.

  I contacted plaintiffs' counsel with respect to the request and he has no objection to my participation by telephone.

  I would greatly appreciate your accommodating this request.

Respectfully yours,

Joseph L. Cannella

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
5/7/15