# CONDON & ASSOCIATES, PLLC

ATTORNEYS AT LAW
55 Old Turnpike Road, Suite 502
Nanuet, New York 10954
Telephone: (845) 627-8500
Facsimile: (845) 627-8507
www.condonlawoffices.com

Brian K. Condon [‡]
Laura M. Catina [‡]
Amy M. Witkowski [‡]

[‡]Admitted in New York and New Jersey

Email Address: brian@condonlawoffices.com

May 7, 2015

*Via Fax and First Class Mail*

**MEMO ENDORSED**

The Honrable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, New York 10601-4150

Re: Michael Goldstein, et al. vs. Solucorp Industries, Ltd., et al.
*11 Civ. 6227 (VB) (PED)*

Dear Judge Davison:

We represent the plaintiff, Solucorp Industries Ltd, et al., in the above-referenced matter. A Status Conference is scheduled for May 8, 2015 at 10:00 a.m. I respectfully request that someone from my office be allowed to participate in the conference by telephone as I have a conflict in my schedule. I was invited to participate as a Guest Reader at the A. MacArthur Barr Middle School 20th Annual Read Aloud event on the same date.

I contacted plaintiff's counsel with respect to the request and he has no objection to my participation by phone. I would greatly appreciate your accommodating this request.

Respectfully Submitted,

CONDON & ASSOCIATES, PLLC

By: _____
Brian K. Condon

BKC/lg

APPLICATION GRANTED

Hon. _____
5-7-15