

## HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW     125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

May 20, 2015

**Michael R. Rudick**
Direct Line: (212) 471-8473
mrudick@herzfeld-rubin.com

**Via ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

      Re:    *Goldstein, et al. v. Solucorp, et al.*, Case No. 7:11-cv-06227 (VLB)

Dear Judge Briccetti:

      We represent plaintiffs in this matter. Discovery in this matter closed as of April 30, 2015. On May 8, 2015, the parties appeared for a status conference before Magistrate Davison, at which time Magistrate Davison set down a briefing schedule for dispositive motions. All dispositive motions must be fully briefed on or before August 28, 2015.

      In light of the briefing schedule, Magistrate Davison further advised plaintiffs' counsel to submit a formal request to adjourn the upcoming status conference before Your Honor, which is currently scheduled for May 27, 2015 at 10:00 a.m. The parties have consented to the adjournment, and request that the conference be rescheduled to a date after August 28, 2015.

      Respectfully submitted

      Michael R. Rudick (MR-1785)

cc:

    All Parties Via ECF

    John Carlson, Esq.
    5 Winifred Drive
    Merrick, NY 11566

| HERZFELD & RUBIN, P.C. | CHASE KURSHAN HERZFELD & RUBIN, LLC | HERZFELD & RUBIN, LLP | RUBIN MEYER DORU & TRANDAFIR |
|---|---|---|---|
| 1225 FRANKLIN AVE, SUITE 315 | 354 EISENHOWER PARKWAY, SUITE 1100 | 1925 CENTURY PARK EAST | SOCIETATE CIVILA DE AVOCATI |
| GARDEN CITY, NY 11530 | LIVINGSTON, NJ 07039-1022 | LOS ANGELES, CA 90067 | 7. STRADA PUTUL CU PLOPI |
| TELEPHONE: 212-471-3231 | TELEPHONE: 973-535-8840 | TELEPHONE: 310-553-0451 | BUCHAREST 1, ROMANIA |
| | | | TELEPHONE: (40) (21) 311-1460 |



Israel Tyberg
123 Avenue J
Brooklyn, NY 11230

Richard Greene
3972 Southwest 135 Avenue
Davie, FL 33330