

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

May 20, 2015

Michael R. Rudick
Direct Line: (212) 471-8473
mrudick@herzfeld-rubin.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/15

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 5/21/15
White Plains, NY

*The conference scheduled for 5/27/2015 is adjourned to 9/2/2015 at 11:00 a.m.*

Via ECF
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re:   *Goldstein, et al. v. Solucorp, et al.*, Case No. 7:11-cv-06227 (VLB)

Dear Judge Briccetti:

We represent plaintiffs in this matter. Discovery in this matter closed as of April 30, 2015. On May 8, 2015, the parties appeared for a status conference before Magistrate Davison, at which time Magistrate Davison set down a briefing schedule for dispositive motions. All dispositive motions must be fully briefed on or before August 28, 2015.

In light of the briefing schedule, Magistrate Davison further advised plaintiffs' counsel to submit a formal request to adjourn the upcoming status conference before Your Honor, which is currently scheduled for May 27, 2015 at 10:00 a.m. The parties have consented to the adjournment, and request that the conference be rescheduled to a date after August 28, 2015.

Respectfully submitted

Michael R. Rudick (MR-1785)

cc:   All Parties Via ECF

John Carlson, Esq.
5 Winifred Drive
Merrick, NY 11566

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460