July 10, 2015

index# 11CIV6227

To the Honorable Judge Davidson,

RECEIVED
JUL 10 2015
HON. PAUL E. DAVISON
U.S.M.J.

My name is Israel Tyberg, I'm hereby referring to Solucorp / The Goldstien case.

Please consider this document as very important to myself and my family.

I'm asking the honorable Judge to totally remove me from this case, due to not have anything to do with it, and there is no basis that I should be on this case at all.

Please Your honor, I had previously filed a document that I presented to the court last year, with a full detail, and description, why I shouldn't be on this case at all.

Due to at that time I was late filing the motion and the judge therefore didn't consider the document. That document is essential as they explain why I should be removed from the case entirely.

Please understand, and I'm requesting from the honorable Judge, as due being to file this motion on time, so I'm requesting from the honorable judge to please refer to the previous documents with a full explanatory, detail, why I should be totally removed from this case entirely, as there are no grounds for me to be on it! Please read over the documents from last year. My phone # (347) 243-3791

sincerely yours,

Israel Tyberg

*[signature]*