July 8, 2015

<u>Via Priority and</u>
<u>First Class Mail</u>

Clerks Office
Pro Se Intake Unit, Room 146
United States District Court
Honorable Paul E. Davison,
United States Magistrate Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY   10601-4150

     Re:   *Goldstein, et al. v. Solucorp, et al.*
           7:11-cv-6227 (VLB)

Dear Judge Davison:

  I respectfully request a brief extension of time until July 31, 2015, to complete my Dispositive Motion.  My schedule has had me working nearly every day since May 2 and has not allowed me adequate time to complete my Motion.
  I have notified plaintiff's counsel, Michael Rudick that I was making this request.  Thank you for your consideration in this matter.

                                          Very truly yours,

                                          Richard P. Greene

cc: (via priority mail)
    Robert L. Lash, Esq.
    Brian K. Condon, Esq.
    Israel Tyberg
    East Morgan Holdings, Inc.

[Stamp: RECEIVED SDNY PRO SE OFFICE 2015 JUL 14 A 10: 24]

Richard Greene
3972 SW 135th Ave.
Davie, FL 33330

USM P3
SDNY



Pro Se Intake Office
Room 146
US District Court
500 Pearl Street
New York NY 10007

RECEIVED
SDNY PRO SE OFFICE
2015 JUL 14 A 9 39