# MEMO ENDORSED

July 8, 2015

Via Priority and
First Class Mail

Clerks Office, Courtroom 420
United States District Court
Honorable Paul E. Davison,
United States Magistrate Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY   10601-4150



RECEIVED
JUL 13 2015
HON. PAUL E. DAVISION
U.S.M.J.

    Re:  *Goldstein, et al. v. Solucorp, et al.*
        7:11-cv-6227 (VLB)

Dear Judge Davison:

   I respectfully request a brief extension of time until July 31, 2015, to complete my Dispositive Motion.  My schedule has had me working nearly every day since May 2 and has not allowed me adequate time to complete my Motion.
   I have notified plaintiff's counsel, Michael Rudick that I was making this request.  Thank you for your consideration in this matter.

                                            Very truly yours,

                                            Richard P. Greene

cc: (via priority mail)
    Robert L. Lash, Esq.
    Brian K. Condon, Esq.
    Israel Tyberg
    East Morgan Holdings, Inc.

APPLICATION GRANTED
Hon. Paul E. Davison, U.S.M.J.
7/15/15