UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Goldstein, et al.,

                              Plaintiffs,

          - *against* -

Solucorp Industries, et al.,

                              Defendants.

11 Civ. 6227 (VB)(PED)

<u>ORDER</u>

---

       This Court conducted a conference in this matter on May 8, 2015. At that time, plaintiff's counsel described ongoing settlement discussions which might (or might not) resolve the case as to some or all defendants. Several defendants indicated that they intended to move for summary judgment if the case did not settle. Accordingly, the court directed that any and all such motions must be filed by July 10, 2015.

       By letter dated July 8, 2015, defendant *pro se* Richard Greene requested until July 31, 2015, to file his motion for summary judgment, and the court granted his request. [Dkt. 186.] Mr. Greene has now submitted a one-page letter-request in the nature of a motion for summary relief. [Dkt. 187.][1] No other party has moved for summary judgment or requested additional time to do so.

       Plaintiff is hereby directed to submit a letter, no later than August 10, 2015, advising the Court as to the status of this matter, including any settlement discussions.

Dated: August 3, 2015
       White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.

---

[1] Given the brevity of Mr. Greene's submission, plaintiff's counsel should endeavor to file his response to Mr. Greene's letter-motion on the previously-set reply date, August 10, 2015.