UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GOLDSTEIN, *et al.*, <br><br>               Plaintiffs, <br><br>          -against- <br><br> SOLUCORP INDUSTRIES, LTD., *et al.*, <br><br>               Defendants. | 11-CV-6227 (VB)(PED) <br><br> **CERTIFICATE OF SERVICE** |

     I hereby certify that on the date below I caused to be served by regular mail, true and correct copies of the attached Memorandum of Law in Opposition to the Summary Judgment "Letter-Motions" of Defendants Israel Tyberg and Richard Greene, and attached Affidavit of Michael R. Rudick, upon the following:

Israel Tyberg
123 Avenue J
Brooklyn, NY 11230

Richard Greene
3972 Southwest 135 Avenue
Davie, FL 33330

     I hereby certify that on the date below, I filed, via ECF, the attached Memorandum of Law in Opposition to the Summary Judgment "Letter-Motions" of Defendants Israel Tyberg and Richard Greene, and attached Affidavit of Michael R. Rudick, which caused service to be made upon the following:

Evan M. Newman, Esq.
Newman Law, P.C.
*Attorneys for Defendant Michael Reidel*
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

John Carlson, Esq.
*Attorney for Defendant Solucorp Industries, Ltd.*
5 Winifred Drive
Merrick, NY 11566

Brian K. Condon, Esq.
Condon & Associates, PLLC
*Attorneys for Defendant Peter Mantia*
55 Old Turnpike Road, Suite 502
Nanuet, NY 10954

Joseph Leo Cannella, Esq.
Eaton & Van Winkle LLP
*Attorneys for Defendant East Morgan Holdings, Inc.*
Three Park Avenue, 16th Floor
New York, NY 10016

      I certify that the foregoing statements made are true.

Dated: August 10, 2015                                    Respectfully submitted,

                                                     **HERZFELD & RUBIN, P.C.**

                                                     /s/ Michael R. Rudick

                                                     Michael R. Rudick, Esq. (MR-1785)
                                                     HERZFELD & RUBIN, P.C.
                                                     *Attorneys for Plaintiffs*
                                                     125 Broad Street
                                                     New York, New York 10004
                                                     (212) 471-8500
                                                     mrudick@herzfeld-rubin.com