

# NEWMAN LAW, P.C.

August 27, 2015

**VIA ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

    Re:    *Goldstein et al. v. Solucorp Indus., Ltd. et al.*
             Case No. 11-CV-06227 (VB)

Dear Judge Briccetti:

      We represent Defendant Michael Reidel ("Defendant") in this action. A status conference has been scheduled in this matter for September 2, 2015 at 11:00 am. We are writing to respectfully request that someone from our office be allowed to participate in the conference by telephone because (1) our office has to appear in Nassau County Supreme Court on another matter and also conduct a deposition in Kings County on September 2, 2015 and (2) Defendant and Plaintiff have reached an agreement in principle to settle this dispute, subject to final agreed-upon language and client signature.

      We contacted counsel for Plaintiff regarding this request and Plaintiff's counsel confirmed that they consented to our participation by telephone.

      We would greatly appreciate the Court's accommodating this request.

                                                  Very truly yours,

                                                   Evan Newman