UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL GOLDSTEIN, GOLDSTEIN           :
GROUP HOLDINGS, INC., BERNARD          :
KAHN, DAVID WEINBERG, and RAPHAEL      :
KNEPLER,                               :
                    Plaintiffs,        :
                                       :         **ORDER**
                                       :
v.                                     :         11 CV 6227 (VB)
                                       :
SOLUCORP INDUSTRIES, LTD., EAST        :
MORGAN HOLDINGS, INC., LONDON          :
VENTURES CAPITAL CORP., MICHAEL        :
REIDEL, RICHARD RUNCO, RICHARD         :
GREENE, ISRAEL TYBERG, PETER           :
MANTIA, and STEPHAN DEGROAT,           :
                    Defendants.        :
-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/15

        Because summary judgment motions are pending before Magistrate Judge Davison, the
status conference scheduled for September 2, 2015, is adjourned to November 18, 2015, at 9:30
a.m.  In the event the summary judgment motions are not decided by that date, the Court will
further adjourn the status conference.

Dated:  August 28, 2015
        White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge