# CONDON & ASSOCIATES

**BRIAN K. CONDON***
**LAURA M. CATINA***
**AMY M. WITKOWSKI***

**LORI GALGANO**, *Legal Secretary*

OF COUNSEL:
TERRENCE J. CORTELLI, ESQ.
JOSEPH S. SCARMATO, ESQ.

*Admitted in New York and New Jersey*

Sender's E-mail: Brian@CondonLawOffices.com

November 16, 2015

*Via ECF:*
Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street, Courtroom 620
White Plains, New York 10601-4150

    Re: Goldstein, et al. V. Solucorp Industries, Ltd. et al.
      *11 Civ. 06227 (VB)*

Dear Judge Briccetti :

  We represent Solucorp Industries, Ltd, et al which is on of the defendants in the above-referenced matter. A case status conference is scheduled for November 18, 2015 at 9:30 a.m. I respectfully request that I be allowed to participate in the conference by telephone conference call.

  I contacted plaintiffs' counsel with respect to the request and he has no objection to my participation by telephone.

  I would greatly appreciate your accommodating this request.

          Respectfully yours,

          CONDON & ASSOCIATES, PLLC

         By: _____
           Brian K. Condon

BKC/lg