# EATON & VAN WINKLE LLP

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Joseph L. Cannella
Partner

Direct Dial: (212) 561-3633

November 16, 2015

**APPLICATION GRANTED SO ORDERED:**

_Vincent L. Briccetti, U.S.D.J._
Dated: 11/17/15
White Plains, NY

**VIA REGULAR MAIL**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, NY 10601-4150

Re: *Goldstein, et al. v. Solucorp Industries, Ltd., et al.*
11 Civ. 06227 (VB)

Dear Judge Briccetti:

We represent East Morgan Holdings, Inc. ("EMHI") which is a defendant in the above caption case. A case status conference is scheduled for November 18, 2015, at 9:30 a.m. I respectfully request that I be allowed to participate in the conference by telephone conference call.

I contacted plaintiffs' counsel with respect to the request and he has no objection to my participation by telephone.

I would greatly appreciate your accommodating this request.

Respectfully yours,

Joseph L. Cannella