

November 17, 2015

**By ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

    Re:    *Goldstein et al. v. Solucorp Indus., Ltd. et al.*
              Case No. 11-CV-06227 (VB)

Dear Judge Briccetti:

    We represent defendant Michael Reidel ("defendant") in this action. We are writing this letter to respectfully request permission not to attend the conference Scheduled for November 18, 2015. In the alternative, we respectfully request permission to attend by telephone conference. We have conferred with counsel for plaintiff who consents to our request.

    We are pleased to inform the Court that Mr. Reidel and Plaintiffs have entered into a fully signed settlement agreement. Some of the terms of the agreement are outstanding but the parties fully expect that those terms will be performed within a week.

    Therefore, we respectfully request permission not to attend tomorrow's conference or, in the alternative, participate by phone.

                                          Respectfully submitted,

                                          Evan M. Newman

cc:    All counsel (Via ECF)

EVAN M. NEWMAN  Attorney At Law
enewman@newmanlawpc.com

377 Pearsall Avenue, Suite C, Cedarhurst, NY 11516
T 516.545.0343 F 212.671.1883

www.newmanlawpc.com