# CONDON & ASSOCIATES

BRIAN K. CONDON*
LAURA M. CATINA*
AMY M. WITKOWSKI*

LORI GALGANO, *Legal Secretary*

OF COUNSEL:
TERRENCE J. CORTELLI, ESQ.
JOSEPH S. SCARMATO, ESQ.

*Admitted in New York and New Jersey

Sender's E-mail: Brian@CondonLawOffices.com



November 17, 2015

*Via ECF:*
Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street, Courtroom 620
White Plains, New York 10601-4150

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 11/17/15
White Plains, NY

Re: Goldstein, et al. V. Solucorp Industries, Ltd. et al.
*11 Civ. 06227 (VB)*

Dear Judge Briccetti :

We represent Solucorp Industries, Ltd, et al which is on of the defendants in the above-referenced matter. A case status conference is scheduled for November 18, 2015 at 9:30 a.m. I respectfully request that I be allowed to participate in the conference by telephone conference call.

I contacted plaintiffs' counsel with respect to the request and he has no objection to my participation by telephone.

I would greatly appreciate your accommodating this request.

Respectfully yours,

CONDON & ASSOCIATES, PLLC

By: /s/ Brian K. Condon
Brian K. Condon

BKC/lg

*Counsel should arrange tel. conf. call with Mr Cannella and call chambers at 914-390-4166.*

55 OLD TURNPIKE ROAD, SUITE 502, NANUET, NY 10954 • P: 845.627.8500 F: 845.627.8507 • www.CondonLawOffices.com