# CONDON & ASSOCIATES

BRIAN K. CONDON*
LAURA M. CATINA*
AMY M. WITKOWSKI*

LORI GALGANO, *Legal Secretary*

OF COUNSEL:
TERRENCE J. CORTELLI, ESQ.
JOSEPH S. SCARMATO, ESQ.

*Admitted in New York and New Jersey*

Sender's E-mail: Brian@CondonLawOffices.com

November 18, 2015

*Via ECF:*

Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street, Courtroom 620
White Plains, New York 10601-4150

    Re: Goldstein, et al. vs. Peter Mantia, et al.
       *11 Civ. 06227 (VB)*

Dear Judge Briccetti :

  Our firm represents Peter Mantia, one of the Defendants in the above-referenced matter, and I wanted to reiterate my apologies for my inadvertently naming Solucorp as my client in my letter of November 16th. As I explained to Your Honor earlier today, I took an old letter from my computer (back when our firm was representing Solucorp and others) and failed to properly proofread the same before sending.

  I apologize for the confusion and for the frustration that my office has caused to the Court and to my colleagues.

          Respectfully yours,

          CONDON & ASSOCIATES, PLLC

          By: /s/ Brian K. Condon
            Brian K. Condon

BKC/lg