UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL GOLDSTEIN, GOLDSTEIN :
GROUP HOLDINGS, INC., BERNARD :
KAHN, DAVID WEINBERG, and RAPHAEL :
KNEPLER, :
              Plaintiffs, :
 :
v. :
 :
SOLUCORP INDUSTRIES, LTD., EAST :
MORGAN HOLDINGS, INC., LONDON :
VENTURES CAPITAL CORP., MICHAEL :
REIDEL, RICHARD RUNCO, RICHARD :
GREENE, ISRAEL TYBERG, PETER :
MANTIA, and STEPHAN DEGROAT, as :
Administrator of the Estate of JOSEPH :
KEMPROWSKI, :
              Defendants.: :
--------------------------------------------------------------x



**ORDER**

11 CV 6227 (VB)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-18-15

    Today the Court held an on-the-record conference in this case. The matter is adjourned to December 14, 2015, at 10:00 a.m., at which time the Court will hold another conference. All parties must appear at that time through counsel or in person.

    To ensure the case moves forward in a just and efficient manner, counsel are directed to submit a joint letter updating the Court as to the status of the case by December 7, 2015. Plaintiffs' counsel is responsible for submitting the joint letter after circulating it for input to defendants' counsel and the pro se defendants.

    If plaintiffs seek a default judgment as to defendant Stephan DeGroat, as Administrator of the Estate of Joseph Kemprowski, plaintiffs are directed to do so, complying with Attachment A of the Court's Individual Practices, by December 18, 2015.

    The Clerk is directed to update pro se defendant Richard Greene's address on the docket to reflect his correct address, as follows:

    Richard Greene
    3972 SW 135th Avenue
    Davie, Florida 33330

1

The Clerk is further directed to mail a copy of this Order to (i) pro se defendant Israel Tyberg at his address listed on the docket, and (ii) pro se defendant Richard Greene at the address reflected above.

Dated:  November 18, 2015
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge