USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GOLDSTEIN, et al.,

                   Plaintiffs,

    -against-

SOLUCORP INDUSTRIES, LTD., et al.,

                   Defendants.

11-CV-6227 (VB)

STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY Partial DISMISSAL WITH PREJUDICE AS TO DEFENDANT REIDEL ONLY, PURSUANT TO F.R.C.P. 41 (a)(2)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiffs Michael Goldstein, Goldstein Group Holdings, Inc., Bernard Kahn, David Weinberg and Raphael Knepler (hereinafter referred to collectively as "Plaintiffs"), and defendant Michael Reidel (hereinafter referred to as "Defendant Reidel"), that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-titled action be, and the same hereby is, voluntarily dismissed with prejudice against Defendant Reidel only, pursuant to F.R.C.P. 41(a)(2), without costs to either Plaintiffs or Defendant Reidel against the other. This stipulation may be filed without further notice to the Clerk of the Court.

Dated: November 19, 2015

Respectfully submitted,

HERZFELD & RUBIN, P.C.

_____
Michael R. Rudick, Esq. (MR-1785)
HERZFELD & RUBIN, P.C.
*Attorneys for Plaintiffs*
125 Broad Street
New York, New York 10004
(212) 471-8500
mrudick@herzfeld-rubin.com

NEWMAN LAW, P.C.

_____
Evan M. Newman (EN2724)
NEWMAN LAW, P.C.
*Attorneys for Defendant Michael Reidel*
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516
(212) 545-0343
enewman@newmanlawpc.com

SO ORDERED this 25 day of November, 2015.

_____
HON. VINCENT L. BRICCETTI, U.S.D.J



# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004  TEL 212 471-8500  FAX 212 344-3333  WWW.HERZFELD-RUBIN.COM

Michael R. Rudick
Direct Line: (212) 471-8473
mrudick@herzfeld-rubin.com

November 25, 2015

**Via Email to Clerk's Office**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150



Re: *Goldstein, et al. v. Solucorp, et al.*, Case No. 7:11-cv-06227 (VLB)

Dear Judge Briccetti:

     We represent plaintiffs in this matter. Enclosed please find a fully executed Stipulation and Proposed Order of Voluntary Dismissal with Prejudice as to Defendant Michael Reidel Only, Pursuant to F.R.C.P. 41(a)(2). We respectfully request that said Proposed Order be entered at your earliest convenience, in light of the completion of Plaintiffs' settlement with Defendant Reidel.

Respectfully submitted

Michael R. Rudick (MR-1785)

cc: *Via UPS Overnight Mail with Attachments*

Evan M. Newman, Esq.
Newman Law, P.C.
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

Brian K. Condon, Esq.
Condon & Associates, PLLC
55 Old Turnpike Road, Suite 502
Nanuet, NY 10954

---

**AFFILIATES**

LIVINGSTON, NEW JERSEY     LOS ANGELES, CALIFORNIA     GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA     YANGON, MYANMAR



HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW         125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Joseph Leo Cannella, Esq.
Eaton & Van Winkle LLP
Three Park Avenue, 16th Floor
New York, NY 10016

John Carlson, Esq.
5 Winifred Drive
Merrick, NY 11566

Israel Tyberg
123 Avenue J
Brooklyn, NY 11230

Richard Greene
3972 Southwest 135 Avenue
Davie, FL 33330