

November 29, 2015

<u>Via Priority and</u>
<u>First Class Mail</u>

Clerks Office
Pro Se Intake Unit, Room 146
United States District Court
Hon. Vincent L. Briccetti
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY   10601-4150

   Re: *Goldstein, et al. v. Solucorp, et al.*
     7:11-cv-06227 (VB) – Hearing on December 14, 2015

Dear Judge Briccetti:

  Having received and reviewed a copy of the transcript from the November 18, 2015 conference regarding the above-referenced case, I respectfully request that I be able to attend the hearing on December 14, 2015, by telephone due to severe financial conditions.

  On December 8th, we have a hearing at which time the judge will be setting the sale date for our home resulting from foreclosing on the property. My wife and I are unable to qualify for a modification and we are on the verge of total bankruptcy. I have no available credit and no savings or assets. I am unable to pay my basic monthly bills and always behind with my payments and under the constant threat of my utilities being disconnected. I do not have any family members that are in any position to assist me. Furthermore, I am the only party in this case that resides outside of New York. I absolutely have no way to travel to New York. After taxes and health insurance, my paycheck is approximately $320.00 per week and I work six days a week.

  In regard to the hearing that took place on November 18, I received notice of that hearing on November 18 at the end of the day. The date on the notice was November 16, 2015. I would have gladly participated in this hearing if I would have had timely notice. I have spoken to Michael Rudick and explained my situation. I appreciate your consideration of my request.

                Very truly yours,

                Richard P. Greene

cc: (via US mail)
 John Carlson, Esq
 Evan Newman, Esq
 Joseph Leo Cannella, Esq.
 Michael R Rudick, Esq.
 Brian K. Condon, Esq.
 Israel Tyberg

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 12/9/15
White Plains, NY

Mr. Greene shall call Chambers at 914-390-4166. All other counsel and Mr. Tyberg shall appear in person.