*Briccetti, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MICHAEL GOLDSTEIN, *et al.*,

        Plaintiffs,

    -against-

SOLUCORP INDUSTRIES, LTD., *et al.*,

        Defendants.

11-CV-6227 (VB)

~~PROPOSED~~ ORDER OF
VOLUNTARY *Partial*
DISMISSAL WITH
PREJUDICE AS TO
DEFENDANT RUNCO
ONLY, PURSUANT TO
F.R.C.P. 41 (a)(2)

IT IS HEREBY ORDERED, pursuant to the request of the undersigned attorneys for

plaintiffs Michael Goldstein, Goldstein Group Holdings, Inc., Bernard Kahn, David Weinberg

and Raphael Knepler (hereinafter referred to collectively as "Plaintiffs"), that whereas no party

hereto is an infant or incompetent person for whom a committee has been appointed, and no

person not a party has an interest in the subject matter of this action, the above-titled action be,

and the same hereby is, voluntarily dismissed with prejudice against Defendant Richard Runco

only, pursuant to F.R.C.P. 41(a)(2), without costs to either Plaintiffs or Defendant Runco against

the other. This Proposed Order may be filed without further notice to the Clerk of the Court.

Dated: December 2, 2015

Respectfully submitted,

HERZFELD & RUBIN, P.C.

Michael R. Rudick, Esq. (MR-1785)
HERZFELD & RUBIN, P.C.
*Attorneys for Plaintiffs*
125 Broad Street
New York, New York 10004
(212) 471-8500
mrudick@herzfeld-rubin.com

SO ORDERED this 11th day of December , 2015.

HON. VINCENT L. BRICCETTI, U.S.D.J