UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL GOLDSTEIN, GOLDSTEIN :
GROUP HOLDINGS, INC., BERNARD :
KAHN, DAVID WEINBERG, and RAPHAEL :
KNEPLER, :
                Plaintiffs, :    **ORDER**
:
v. :    11 CV 6227 (VB)
:
SOLUCORP INDUSTRIES, LTD., EAST :
MORGAN HOLDINGS, INC., LONDON :
VENTURES CAPITAL CORP., RICHARD :
GREENE, ISRAEL TYBERG, PETER :
MANTIA, and STEPHAN DEGROAT, as :
Administrator of the Estate of JOSEPH :
KEMPROWSKI, :
                Defendants. :
:
--------------------------------------------------------------x

    For the reasons stated on the record at a conference held today, it is hereby ORDERED:

1.    All expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by January 29, 2016.

2.    All discovery shall be completed by February 16, 2016.

3.    A conference shall be held on February 19, 2016, at 10:00 a.m.

    The Court will separately docket an Order of Reference referring the case to Judge Davison for the purpose of settlement.

    The Clerk is directed to mail a copy of this Order to (i) pro se defendant Israel Tyberg, and (ii) pro se defendant Richard Greene.

Dated:  December 14, 2015
         White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge