UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Goldstein

                          Plaintiff,

        v.

Solucorp etal.

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

11 -cv-6227 (VB )(PED)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE 12/14/1

The above entitled action is referred to the Honorable Paul E. Davison

United States Magistrate Judge, for purpose of:

| | |
|---|---|
| ____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ JURY SELECTION |
| | ____ HABEAS CORPUS |
| ____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ SOCIAL SECURITY |
| ____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _x_ SETTLEMENT * |
| | ____ OTHER |

Dated: 12-14-15
      White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.