**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

December 15, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Michael Goldstein, et al**<br><br>                                    Plaintiff,<br><br>- against -<br><br>**Solucorp Industries, Ltd., et al**<br><br>                                    Defendant. | **SCHEDULING ORDER**<br><br>7:11-cv-06227-VB-PED |

TO  ALL PARTIES:

The Court has scheduled a <u>**Settlement Conference**</u> before the **Honorable  Paul E. Davison**,

United States Magistrate Judge, on <u>**January 20, 2016 at 2:30 pm**</u> in Courtroom 420.

*Counsel should  either have: full independent settlement authority; principals present; or principals <u>readily</u> available by telephone.*

*Counsel are encouraged, but not required, to submit a confidential, <u>ex parte</u> letter to the Court, not to exceed 5 pages in length, no later than two business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference.  Counsel shall notify all other parties of their intention to submit an <u>ex parte</u> letter no later than one week prior to the conference.*

**PLEASE NOTIFY ALL OTHER PARTIES OF THE ABOVE INFORMATION IMMEDIATELY**
   Any party seeking to reschedule shall telephone chambers with all other parties on the line.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Dec 15, 2015**

SO ORDERED:

*[signature]*

Hon. Paul E. Davison
United States Magistrate Judge