UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11-CV-6227 (VB)(PED)

MICHAEL GOLDSTEIN, et al.,

                Plaintiffs,

-against-

SOLUCORP INDUSTRIES, LTD., et al.,

                Defendants.

ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT
AGAINST DEFENDANT
DEGROAT, AS TO LIABILITY
ONLY, PURSUANT TO F.R.C.P.
55(b)(2)



Upon reading the affidavit of Michael R. Rudick, sworn to December 16, 2015, with exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein:

Let defendant Stephen DeGroat, as Commissioner of Finance of Rockland County, in his capacity as Administrator of the Estate of Joseph Kemprowski ("DeGroat"), show cause before this Court, in Courtroom 620 of the United States Courthouse, 300 Quarropas Street, White Plains, New York, at 9:30 (a.m. /p.m.), on the 26th day of January, 2016, why an Order should not be made and entered:

1. Directing the entry of a default judgment against DeGroat as to liability only, pursuant to F.R.C.P. 55(b)(2); and

2. Scheduling an inquest as to damages with regard to DeGroat and all other defaulting defendants in this action to coincide with the trial of this matter.

ORDERED, that service of this Order and of the papers upon which same is based, by delivering same to DeGroat at the Rockland Department of Finance, 18 New Hempstead Road, New City, New York, by overnight mail on or before the 28th day of December, 2015, shall be considered good and sufficient service. Any papers in opposition shall be served and filed by no later than January 15, 2016.

December 21, 2015

ENTER: So Ordered.

_____
HON. VINCENT L. BRICCETTI, U.S.D.J