<u>**AFFIDAVIT OF SERVICE BY UPS**</u>

**Index No.: <u>11-CV-6227 (VB)(PED)</u>**

STATE OF NEW YORK    )
                              ss.:
COUNTY OF NEW YORK  )

        I, **BELINDA ROBINSON**, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age, and resides in Brooklyn, New York. On **Wednesday, December 23, 2015,** I served a true copy of the within

### ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST DEFENDANT DEGROAT, AS TO LIABILITY ONLY, PURSUANT TO F.R.C.P. 55(b)(2), AFFIDAVIT and DEFAULT JUDGMENT AS TO LIABILITY ONLY

upon the following entities at the addresses shown below, being the address designated by said entities for the purpose, by sending a true copy of the same in a properly addressed wrapper by **UNITED PARCEL SERVICE (UPS) Overnight Mail.**

TO:

      DeGroat at the Rockland
      Department of Finance
      18 New Hempstead Road
      New City, New York 10956

                                              *BELINDA ROBINSON*
                                    BELINDA ROBINSON

Sworn to before me this
23rd day of December, 2015

Notary Public

          MARION BACOT
   **Notary Public State Of New York**
         No. 01C14790506
      Qualified in Bronx County
  Commission Expires July 31, 20__