

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

December 28, 2015

**Michael R. Rudick**
Direct Line: (212) 471-8473
mrudick@herzfeld-rubin.com

**Via ECF**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, New York 10601-4150

   Re: <u>Goldstein, et al. v. Solucorp, et al.</u>, Case No. 7:11-cv-06227 (VLB)

Dear Judge Davison:

   We represent plaintiffs in the above-reference action, which has been scheduled for a Settlement Conference before Your Honor on January 20, 2016 at 2:30 p.m. We write to request the rescheduling of said conference, in light of previously existing scheduling conflicts. We are available to appear on January 25th, 27th, 28th or 29th.

               Respectfully submitted

                Michael R. Rudick (MR-1785)

cc: **All Parties Via ECF**

Israel Tyberg
123 Avenue J
Brooklyn, NY 11230

Richard Greene
3972 Southwest 135 Avenue
Davie, FL 33330

**AFFILIATES**

LIVINGSTON, NEW JERSEY    LOS ANGELES, CALIFORNIA    GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA    YANGON, MYANMAR