UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11-CV-6227 (VB)

MICHAEL GOLDSTEIN, *et al.*,

Plaintiffs,

-against-

**AFFIDAVIT OF SERVICE**

SOLUCORP INDUSTRIES, LTD., *et al.*,

Defendants.

STATE OF NEW YORK  )
                  ) ss:
COUNTY OF NASSAU   )

I, MICHAEL R. RUDICK, declare under penalty of perjury that I have served a copy of this Court's January 25, 2016 Order rescheduling the hearing of Plaintiffs' Order to Cause for a Default Judgment against Stephen DeGroat, in his capacity as Administrator of the Estate of Joseph Kemprowski (ECF Doc. No. 218), upon Ben Selig, Esq., counsel for defendant DeGroat, by way of electronic mail.

Dated: Mineola, New York
       January 25, 2016

_____
Michael R. Rudick

Sworn to before me this
25th day of January, 2016

_____
Notary Public

GRACE SACCENTE
Notary Public, State of New York
No. 01SA5082792
Qualified in Nassau County
Commission Expires July 28, 2017