UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11-CV-6227 (VB)(PED)

MICHAEL GOLDSTEIN, *et al.*,

Plaintiffs,

-against-

**DEFAULT JUDGMENT
AS TO LIABILITY ONLY**

SOLUCORP INDUSTRIES, LTD., *et al.*,

Defendants.

Before the Court is Plaintiffs' December 16, 2015 Order to Show Cause for Default

Judgment as to Liability Only against defendant Stephen DeGroat, as Commissioner of Finance

of Rockland County, in his capacity as Administrator of the Estate of Joseph Kemprowski

("DeGroat"). The Court has reviewed the application and finds no error, clear or otherwise;

accordingly, it is,

**ORDERED, ADJUDGED AND DECREED**: That default is hereby entered against

defendant DeGroat as to liability only, with an inquest as to damages with regard to DeGroat and

all other defaulting defendants in this action having been scheduled to coincide with the trial of

this matter. *to be scheduled by for further Order of the Court.*

Dated: White Plains, New York
_____ Jan. 28 , 2016

RUBY J. KRAJICK
Clerk of Court
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/16

Exhibit A   Exhibit B   Exhibit C   Exhibit D   Exhibit E   Exhibit F